UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-CV-80002-RLR

TERYLEISHA E. WRIGHT,

    Petitioner,

v.

SECRETARY, DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING AND CLOSING CASE**

This matter is before the Court upon Petitioner Teryleisha Wright's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus. DE 1. The Court referred this case to Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, non-dispositive matters, and for a Report and Recommendation on all dispositive matters. DE 2.

Judge Reid issued a Report and Recommendation in which she recommended that Petitioner's Petition be denied. DE 14. Plaintiff did not file objections to the Report and Recommendation. The Court has reviewed the Report and Recommendation and the entire record and is otherwise fully advised in the premises. The Court agrees with the Report and Recommendation and finds Judge Reid's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 14] is **ADOPTED** as the Order of the Court.

2. Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus [DE 1] is **DENIED**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of the Court is instructed to **CLOSE THIS CASE**. All deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of February, 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Plaintiff
Counsel of Record